# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIONZO VELASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.<br><br>Defendant. | Case No.  1:26-cv-01746-JLT-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 12 ) |

On May 19, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 12).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:    **May 20, 2026**                    _____
                                                            UNITED STATES MAGISTRATE JUDGE